The People of the State of Illinois, defendant in error, v. Charles Rice, plaintiff in error. Gen. No. 7,720.

Prosecution for keeping gaming house. Defendant convicted. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

J. M. Boyle, for plaintiff in error. John H. Lewman, State's Attorney, for defendant in error; I. R. Carter, of counsel.

Mr. Justice Crow delivered the opinion of the court.

---

Frank Fitzsimmons, trading as Fitzsimmons Construction Company, defendant in error, v. The Board of Education of the State of Illinois, plaintiff in error. Gen. No. 7,704.

Action for breach of contract. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1924. Reversed. Opinion filed October 22, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Charles L. Capen and B. L. Catron, for plaintiff in error. Geo. B. Gillespie, Geo. M. Gillespie and Thos. E. Gillespie, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

Percy Lawson, appellee, v. Sherman E. Bigler, appellant. Gen. No. 7,730.

Action to recover damages for malpractice. Judgment for plaintiff. Appeal from the City Court of Mattoon; the Hon. Isaac B. Craig, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Bryan H. Tivnen and Robert J. Folonie, for appellant; Thomas R. Figenbaum and Carus S. Icenogle, of counsel. Charles H. Fletcher and Harry I. Hannah, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Martin Airola, appellee, v. L. A. White, appellant. Gen. No. 7,758.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 22, 1924.

Edmund Burke and L. E. Stone, for appellant. William J. Lawler and John G. Friedmeyer, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Guy Lipe, by his mother and next friend, Martha Lipe, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railroad Company and Chicago & Eastern Illinois Railway Company, appellants. Gen. No. 7,761.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed November 19, 1924.

Hill & Bullington, for appellants; H. T. Dick and C. O. Fowler, of counsel. Lester K. Vandever, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.